37 F.3d 1487
 147 L.R.R.M. (BNA) 2256
 Johnson (Robert S., Jr.), Blessing (Charles H., Jr.),
Sweitzer (Bruce E., Jr.), Henshaw (Karl E.), Snyder (James
R.), Calaman (George B.), Shifflet (Robert A.), Oyler
(John), Sechrist (Barry L.), Leonard (Marshall E.), Gaffney
(Michael J.), Lehr (Paul J.), Dittenhafer (Gregory L.),
Clements (Bradley H.), Evans (Alan B.), Watkins (David R.),
Kopchinski (Bernard A.), Kenyon (Dexter A.), Sier (Raymond
C.), Breeswine (Melvin F.), Myers (Hugh R.), Wakeman (Dean
E.), Eby (Scott J.)
 NO. 94-7121
 United States Court of Appeals,
Third Circuit.
 Aug 29, 1994
 
 Appeal From: M.D.Pa.,
 Caldwell, J.,
 
 843 F.Supp. 944
 
 1
 AFFIRMED.